**Order filed November 17, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00834-CR
_____

**RAYMOND JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1450961**

---

## ORDER

On November 5, 2015, we abated this appeal for the trial court to determine whether appellant was entitled to proceed without advance payment of costs. On November 9, 2015, the clerk's record was filed. On November 10, 2015, a hearing record was filed.

The record reflects appellant has retained counsel Bruce Cobb for appeal and is in the process of obtaining funds to pay for the reporter's record. Accordingly,

we reinstate this appeal and order appellant to provide this court with proof of payment for the reporter's record on or before December 10, 2015. *See* Tex. R. App. P. 37.3(a)(2), (c)(2).


PER CURIAM